FILED

08 NOV 24  PM 12: 0

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN D. OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 08  80 239 MISC

John James Manning - #212240

/

VRW

### ORDER TO SHOW CAUSE

It appearing that John James Manning has been suspended by the California Supreme Court due to noncompliance with Rule 9.22, for failure to contribute to Child and Family Support, effective August 16, 2008.

**IT IS ORDERED**

That respondent show cause in writing on or before December 29, 2008 as to why he should not be suspended from the practice of law before this court, pending further notice from the State Bar of California.

Dated:  NOV 2 4 2008

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

John James Manning
Attorney at Law
P.O. Box 271
Fentress, TX 78622

United States District Court
For the Northern District of California