IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:

John James Manning,

    State Bar No 212240

No CV-08-80239 MISC VRW

ORDER

_____/

    On November 24, 2008, the court issued an order to show cause (OSC) why John James Manning should not be removed from the roll of attorneys authorized to practice law before this court, based on his suspension by the State Bar, effective August 16, 2008, for failure to contribute to Child and Family Support.

    On December 29, 2008, Mr Manning submitted to the court satisfactory evidence that he has been reinstated as an active member of the California State Bar effective December 12, 2008.

    The court now orders John James Manning placed back on the roll of attorneys authorized to practice before this court. The clerk is directed to close the file.

    IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge